COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Amber Yeager, Relator

Appellate case number:     01-19-00050-CV

Trial court case number:    10-FD-0068

Trial court:                County Court at Law No. 1 of Galveston County

On January 17, 2019, relator, Amber Yeager, filed a petition for a writ of mandamus seeking to compel the respondent district judge to vacate his January 11, 2019 order granting the real party in interest's motion to transfer the suit affecting the parent-child relationship to a Michigan state court and to reinstate the case. Relator has filed a certification and appendix with her petition. *See* TEX. R. APP. P. 52.3(j), (k).

On January 18, 2019, relator filed an "Emergency Motion to Stay Proceedings" pending disposition of this petition. Relator's emergency motion contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a).

Accordingly, the Court **grants** the relator's motion and **ORDERS** that the underlying trial court proceeding is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the petition is finally decided or this Court otherwise orders the stay lifted. *See* TEX. R. APP. P. 52.10(b). Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

Finally, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.


It is so ORDERED.

Judge's signature: _____/s/ Laura C. Higley_____
                    ☒ Acting individually    ☐ Acting for the Court
Date: __January 18, 2019____